**DISMISS and Opinion Filed May 14, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-21-00284-CV
_____

**ANTHONY COLON, Appellant**

**V.**

**BLACKBEARD OPERATING, LLC AND
STOKES & SPIEHLER ONSHORE, INC., Appellees**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2018-52678**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Smith

Before the Court is the parties' joint motion to dismiss the appeal.[1]  We

**GRANT** the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(2).



/Craig Smith/
_____
CRAIG SMITH
210284F.P05                         JUSTICE

---

[1]Pursuant to the Texas Supreme Court's order dated April 22, 2021, this case was transferred to this Court from the Court of Appeals for the Fourteenth District of Texas at Houston.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY COLON, Appellant

No. 05-21-00284-CV      V.

BLACKBEARD OPERATING, LLC
AND STOKES & SPIEHLER
ONSHORE, INC., Appellees

On Appeal from the 61st District
Court, Harris County, Texas
Trial Court Cause No. 2018-52678.
Opinion delivered by Justice Smith.
Justices Molberg and Goldstein
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered May 14, 2021